1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   LUIS LANDEROS CASTRO,                1:18-cv-01119-JLT (HC)

12              Petitioner,               ORDER TRANSFERRING CASE TO THE
                                          UNITED STATES DISTRICT COURT FOR
13        v.                              THE CENTRAL DISTRICT OF CALIFORNIA

14   ON HABEAS CORPUS,

15              Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.

20        The federal venue statute requires that a civil action, other than one based on diversity

21   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action

24   is situated, or  (3) a judicial district in which any defendant may be found, if there is no district in

25   which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

26        In this case, the petitioner is challenging a conviction from Los Angeles County, which is

27   in the Central District of California.  Therefore, the petition should have been filed in the United

28   States District Court for the Central District of California.  In the interest of justice, a federal court

may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, the Court ORDERS this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:  **August 23, 2018**                          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE